**Fred HAMMERS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28037.

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

**Fred HAMMERS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28038.

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

 

PER CURIAM.

The unlawful sale of whisky in a dry area is the offense; the punishment, a fine of $200 and thirty days' confinement in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.